PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRI BURNHAM<br><br>Defendant. | Case No. 5:22-po-00134-SAB<br><br>[Citations # 9379447 CA/26<br>              9379448 CA/26]<br><br>MOTION AND ORDER FOR DISMISSAL |

     The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Citations Numbered 9379447 and 9379448, which are included in Case No. 5:22-po-00134-SAB against JERRI BURNHAM, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 27, 2022                                  Respectfully submitted,

                                                            PHILLIP A. TALBERT
                                                            United States Attorney

                                      By:    /s/ *Alexandre Dempsey*
                                                    ALEXANDRE DEMPSEY
                                                    Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that both Citations Numbered 9379447 and 9379448, which are included in Case No. 5:22-po-00134-SAB against JERRI BURNHAM be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **July 27, 2022**

UNITED STATES MAGISTRATE JUDGE